KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone:  (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>ROBERT WAYNE SMITH, )<br>)<br>   Defendant. )<br>_____ ) | No.   CR 06-0172-CRB<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR CONTINUANCE FROM<br>MARCH 22, 2006 THROUGH APRIL 19,<br>2006 AND EXCLUDING TIME FROM<br>THE SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. §<br>3161(h)(8)(A)) |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing date of April 19, 2006 at 2:15 P.M., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 22, 2006 through April 19, 2006.  The parties agree, and the Court finds and holds, as follows:

     1.  The defendant has been released on a bond.

     2.  The United States recently provided defense counsel with discovery which defense counsel is in the process of reviewing.  Defense counsel also intends to provide the government with a computer hard drive to obtain copies of additional digital evidence, and will need the opportunity to review that discovery, as well as to evaluate any appropriate motions.

     3.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

1  account the exercise of due diligence.

2      4. After a hearing on this matter on March 22, 2006, the Court finds that the ends of
3  justice served by excluding the period from March 22, 2006 through April 19, 2006, outweigh
4  the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5      5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
6  date on April 19, 2006, at 2:15P.M., and (2) orders that the period from March 22, 2006 through
7  April 19, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A)
8  & (B)(iv).

9  IT IS SO STIPULATED:

10 DATED:  March 28, 2006                    /s/
                                             DAVID FERMINO
11                                           Assistant Federal Public Defender

12
   DATED: March 28, 2006                     /s/
13                                           MICHELLE MORGAN-KELLY
                                             Assistant United States Attorney
14
   IT IS SO ORDERED.
15

16 DATED:  March 30, 2006          _____
                                   CHARLES R. BREYER
17                                 United States District Court Judge



2