KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone:  (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT WAYNE SMITH, ) <br> ) <br>    Defendant. ) <br> _____ ) | No.   CR 06-0172-CRB <br><br> STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE FROM APRIL 19, 2006 THROUGH MAY 1, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing date of May 1, 2006 at 2:15 P.M., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 19, 2006 through May 1, 2006.  The parties agree, and the Court finds and holds, as follows:

      1.  The parties appeared before the Court on this matter on April 19, 2006.  At that time, defense counsel was in the process of preparing for a trial in another matter and substitute counsel appeared.  The Court continued the matter until May 1, 2006 at 2:15 p.m.

      2.  The United States recently provided defense counsel with electronic discovery which defense counsel is in the process of reviewing.  Defense counsel also is in the process of evaluating whether any motions are appropriate.

      3.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(h)(8)(B)(iv) to provide for continuity of defense counsel and to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    4. Accordingly, the Court finds that the ends of justice served by excluding the period from April 19, 2006 through May 1, 2006, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    5. Therefore, and with the consent of the defendant, the Court (1) sets a status hearing date on May 1, 2006, at 2:15P.M., and (2) orders that the period from April 19, 2006 through May 1, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:   4-28-06              /s/
                                 DAVID FERMINO
                                 Assistant Federal Public Defender

DATED:   5-1-06                /s/
                                 MICHELLE MORGAN-KELLY
                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 01, 2006

CHARLES R. BREYER
United States District Court

