1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant SMITH
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-06-0172 CRB
                                    )
12              Plaintiff,          )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER TO CONTINUE HEARING ON**
13       v.                         )   **DEFENDANT'S MOTION TO**
                                    )   **SUPPRESS**
14 ROBERT SMITH,                    )
                                    )
15              Defendant.          )
                                    )
16

17       On May 1, 2006, defendant Robert Smith appeared before this Court with his counsel,

18 David W. Fermino. Mr. Fermino advised the Court that the defendant intended to file a motion

19 to suppress statements he allegedly made to arresting agents. The Court directed the parties to

20 agree to a briefing schedule and set the matter for hearing on June 8, 2006.

21       Subsequently, undersigned counsel assumed responsibility for the case. Undersigned

22 counsel has not yet had an opportunity to review the discovery and prepare the motion to

23 suppress. Moreover, undersigned counsel will be unavailable from June 12, 2006 through June

24 22, 2006. Government counsel will be in trial the week of June 26, 2006, and will be unavailable

25 the weeks of July 3, 2006 and July 10, 2006.

26       Accordingly, the parties hereby agree and stipulate that the motions hearing presently set

CR 06-0172 CRB; STIP TO CONTINUE
MOTIONS HEARING                            1

1  for June 8, 2006 shall be continued to July 26, 2006 at 2:15 PM. The parties further agree and
2  stipulate that the defendant shall file his motion on or before June 28, 2006. The government
3  shall file any opposition to defendant's motion on or before July 21, 2006. The defendant shall
4  file any reply on or before July 24, 2006.

5      The parties further agree and stipulate that the time between May 1, 2006 and July 26,
6  2006 shall be excluded under the Speedy Trial Act. The parties agree that the requested
7  continuance is appropriate in the interests of continuity and effective preparation of counsel.

8      IT IS SO STIPULATED.

9  Dated: 6/6/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 6/6/06

KEVIN V. RYAN
United States Attorney
MICHELLE MORGAN-KELLY
Assistant United States Attorney

### ORDER

19      Accordingly, and for good cause shown, the Court orders that the motions hearing
20  presently scheduled for June 8, 2006 shall be continued to July 26, 2006 at 2:15 PM. The parties
21  are directed to adhere to the briefing schedule described above.

22      The Court further orders that the time from May 1, 2006 through July 26, 2006 shall be
23  excluded under the Speedy Trial Act. The Court finds that the ends of justice served by granting
24  the requested continuance outweigh the best interest of the public and the defendant in a speedy
25  trial. This finding is based on the Court's determination that the failure to grant the continuance
26  would deny the defendant continuity of counsel and the reasonable time necessary for effective

CR 06-0172 CRB; STIP TO CONTINUE
MOTIONS HEARING                    2

1  preparation of his defense, taking into account the exercise of due diligence. *See* 18 U.S.C. §
2  3161(h)(8)(A) & (B)(iv).
3      IT IS SO ORDERED.
4  Dated:   June 8, 2006



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE