1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant SMITH
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-06-0172 CRB
                                    )
12              Plaintiff,          )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER EXCLUDING TIME UNDER**
13        v.                        )   **THE SPEEDY TRIAL ACT**
                                    )
14 ROBERT SMITH,                    )
                                    )
15              Defendant.          )
                                    )
16 _____

17        On July 27, 2006, the parties in this matter appeared before the Court for a hearing on

18 defendant's motion to suppress. The Court denied the motion as moot. Defense counsel advised

19 the Court that Mr. Smith may file additional motions and requested a hearing date of September

20 13, 2006. Counsel further advised the Court that the parties intend to discuss a possible

21 resolution to the case and will notify the Court if such a resolution is reached.

22        The parties hereby agree and stipulate that the time between July 26, 2006 and September

23 13, 2006 should be excluded under the Speedy Trial Act. The parties agree that the requested

24 continuance is appropriate to accommodate the unavailability of defense counsel for much of

25 August and the need to conduct further investigation in preparation for the filing of any

26 ///

CR 06-0172 CRB; STIP TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT                       1

1 additional motions.

2 IT IS SO STIPULATED.

3 Dated: 7/27/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

6 Dated: 7/27/06

KEVIN V. RYAN
United States Attorney
MICHELLE MORGAN-KELLY
Assistant United States Attorney

## ORDER

Accordingly, and for good cause shown, the Court orders that the time from July 26, 2006 through September 13, 2006 shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the Court's determination that the failure to grant the continuance would deny the defendant continuity of counsel and the reasonable time necessary for effective preparation of his defense, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

Dated: July 27, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

