1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant SMITH
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    No. CR-06-0172 CRB
                                  )
12              Plaintiff,        )    STIPULATION AND [PROPOSED]
                                  )    ORDER CONTINUING MOTIONS
13      v.                        )    HEARING AND EXCLUDING TIME
                                  )    UNDER THE SPEEDY TRIAL ACT
14 ROBERT SMITH,                  )
                                  )
15              Defendant.        )
                                  )
16 ─────────────────────────────

17        On July 27, 2006, the parties in this matter appeared before the Court for a hearing on

18 defendant's motion to suppress. The Court denied the motion as moot. Defense counsel advised

19 the Court that Mr. Smith may file additional motions and requested a hearing date of September

20 13, 2006. Counsel further advised the Court that the parties intend to discuss a possible resolution

21 resolution to the case and will notify the Court if such a resolution is reached.

22        The parties are presently attempting to negotiate a pretrial resolution of the matter and

23 jointly seek additional time to determine whether such a resolution can be reached. Accordingly,

24 the parties agree and stipulate that the motions hearing presently scheduled for September 13,

25 2006 shall be continued to September 27, 2006. The parties further agree and stipulate that the

26 time between September 13, 2006 and September 27, 2006 should be excluded under the Speedy

Case 3:06-cr-00172-CRB   Document 29   Filed 08/29/06   Page 2 of 2

08/28/2006  10:17   5106373724              US ATTORNEYS OFFICE                    PAGE 02/02
08-28-06   09:07   From-FEDERAL PUBLIC DEFENDER        +4154367366       T-971  P.003/009  F-911

1  Trial Act. The parties agree that the requested continuance is appropriate in light of the need for
2  defense counsel to conduct further investigation in preparation for the filing of additional
3  motions in the event that settlement negotiations are not productive.
4      IT IS SO STIPULATED.
5  Dated:  8/23/06

   BARRY J. PORTMAN
6  Federal Public Defender
   JOSH COHEN
7  Assistant Federal Public Defender

8  Dated:  8/28/06
9
   KEVIN V. RYAN
   United States Attorney
10 MICHELLE MORGAN-KELLY
   Assistant United States Attorney
11
12
13
14                              ORDER
15     Accordingly, and for good cause shown, the Court orders that the motions hearing
16 presently scheduled for September 13, 2006 shall be continued to September 27, 2006 at 10:00 AM
17 ~~2:15 PM~~. The Court further orders that the time from September 13, 2006 through September 27,
18 2006 shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice
19 served by granting the requested continuance outweigh the best interest of the public and the
20 defendant in a speedy trial. This finding is based on the Court's determination that the failure to
21 grant the continuance would deny the defendant the reasonable time necessary for effective
22 preparation of his defense, taking into account the exercise of due diligence. See 18 U.S.C. §
23 3161(h)(8)(A) & (B)(iv).
24     IT IS SO ORDERED.
25 Dated:  August 29, 2006

   CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

   *IT IS SO ORDERED* — Judge Charles R. Breyer

26

CR 06-0172 CRB; STIP TO CONTINUE        2