BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-06-0172 CRB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING EVIDENTIARY HEARING |
| v. | ) |
| ROBERT SMITH, | ) |
| Defendant. | ) |

On September 27, 2006, the parties in this matter appeared before the Court for a hearing on defendant's motion to suppress. The Court continued the matter for an evidentiary hearing. The evidentiary hearing is presently scheduled for October 20, 2006.

Defense counsel seeks, and the government does not object to, a short continuance of the hearing date to facilitate effective preparation. Accordingly, the parties agree and stipulate that the evidentiary hearing presently scheduled for October 20, 2006 should be continued to November 8, 2006 at 9:00 AM. Because the defendant's motion remains pending, the requested

///

///

///

continuance will have no effect on the Speedy Trial Act calculation.

IT IS SO STIPULATED.

Dated: 10/16/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated:

KEVIN V. RYAN
United States Attorney
MICHELLE MORGAN-KELLY
Assistant United States Attorney

## ORDER

Accordingly, and for good cause shown, the Court orders that the evidentiary hearing presently scheduled for October 20, 2006 shall be continued to November 8, 2006 at 9:00 AM.

IT IS SO ORDERED.

Dated: October 19, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

1 continuance will have no effect on the Speedy Trial Act calculation.

2 IT IS SO STIPULATED.

3 Dated: 10/16/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

6 Dated: 10/16/06

KEVIN V. RYAN
United States Attorney
MICHELLE MORGAN-KELLY
Assistant United States Attorney

## ORDER

Accordingly, and for good cause shown, the Court orders that the evidentiary hearing presently scheduled for October 20, 2006 shall be continued to November 8, 2006 at 9:00 AM.

IT IS SO ORDERED.

Dated:

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

CR 06-0172 CRB; STIP TO CONTINUE    2

## CERTIFICATE OF SERVICE

The undersigned hereby certify under penalty of perjury that the following true copy of the **Stipulation and [Proposed] Order Continuing Evidentiary Hearing**, Concerning the case of **United States v. Robert Smith, CR 06-0172 CRB** were delivered by fax transmittal to:

United States Attorney
1301 Clay St.
Oakland, CA
Attention Michelle Morgan-Kelly
Fax #: (510) 637-3724

October 17, 2006

MICHAEL TARKINGTON

- 1 -