```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOSH COHEN
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    (415) 436-7700
 5
    Counsel for Defendant SMITH
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0172 CRB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | ) | |
| ROBERT SMITH, | ) | |
| Defendant. | ) | |

Having been convicted of possessing child pornography in violation of 18 U.S.C § 2252(a)(4)(B), defendant Robert Smith is scheduled to be sentenced by this Court on May 16, 2007. Defense counsel will be out of the state on May 16, 2007, and the probation officer is unavailable on May 23, 2007. Accordingly, the parties agree and stipulate that the sentencing

///
///
///
///
///
///

1  hearing should be continued to May 30, 2007 at 2:15 PM.

2      IT IS SO STIPULATED.

3  Dated: 5/2/07                                                            /s/
4                                                                        BARRY J. PORTMAN
                                                                      Federal Public Defender
                                                                      JOSH COHEN
5                                                                        Assistant Federal Public Defender

6

7  Dated: 5/2/07                                                            /s/
8                                                                        SCOTT N. SCHOOLS
                                                                      United States Attorney
                                                                      MICHELLE MORGAN-KELLY
9                                                                        Assistant United States Attorney

10

11  **ORDER**

12      Accordingly, and for good cause shown, it is hereby ordered that the sentencing hearing presently scheduled for May 16, 2007 shall be continued to May 30, 2007 at 2:15 PM.

13      IT IS SO ORDERED.

14  Dated:  May 2, 2007                                          _____
15                                                                        CHARLES R. BREYER
                                                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

CR 06-0172 CRB; STIP TO CONTINUE         2